This is an emergency habeas corpus filing under 28 U.S.C. 2241. This is a pro-se pleading.

Christopher Luke 20809-055

v.

Merrick Garland, Attorney General, Central Falls Detention Facility Corp., Warden Michael Nessinger, Wyatt Det. Facility Wing Chau, U.S. Marshal for Dist. of Rhode Island John Gibbons, U.S. Marshal for Dist. of Massachusetts

RECEIVED
MAY -1 2023
U.S. DISTRICT COURT
DISTRICT OF R.I.

The facts are as follows -

I was in Bureau of Prisons custody from 2011 until 2022. On 12/28/22 I was put on furlough from FMC Devens in Massachusetts and given a plane ticket to Lake Charles, LA to go to halfway house because my conviction was in the Western District of Louisiana. I did not get on the plane and absconded, and the BOP put me in "escape" status and stopped my sentence computation. 50 days later on 2/16/23 I turned myself in to the U.S. Marshals station at the Federal courthouse in Boston. I have been in exclusive federal custody since that time. I have been at Wyatt Detention Facility in Rhode Island since 2/24/23.

The issue is that the U.S. Marshals are telling me and Wyatt staff that I am not in U.S. Marshals

custody, that I am currently in BOP custody. The BOP still has me listed as "escaped on 12/28/22" on its website, and seemingly doesn't know that I've been in Federal custody, and have been for over two months. By law my sentence should have restarted on the day I turned myself in, 2/16/23. My original full term outdate was 5/23/23. Adding on the 50 days I was "escaped" gives me a new out date of 7/13/23, but it seems like the BOP has not recalculated my sentence, and they've had no contact with Wyatt staff about transferring me back to the BOP. I know there is an incident report written for me for 102-Escape in the BOP which I have yet to be served, and I'll probably lose good time from that. I could also be charged criminally with escape. Wyatt staff has told me that they don't know why I'm here, why the BOP hasn't restarted my sentence, or who to contact to let the BOP know that I'm in exclusive Federal custody. The US Marshals liaison at Wyatt is telling me and Wyatt that I'm in BOP custody so my sentence should be running, and that if I or Wyatt staff have questions we have to contact the BOP, but Wyatt staff has no contact information for anyone in the BOP, in fact they asked me who to call, and had me call all over trying to figure out what is going on.

The remedy I'm asking for is for the court to order the BOP to commence running my sentence

back dated to the day I turned myself in, 2/16/23. And for the court to inform the BOP that I have been in custody for that time. And to get the US Marshals to return me to the physical custody of the BOP. Wyatt staff is convinced that the BOP doesn't know I'm here, and they don't even know if they can legally hold me here because the Marshals just left me here with no detainer and no pending warrants. So if the court could please look into these matters and try to figure this out, I'd appreciate it. My administrative remedies are not available to me because Wyatt can't affect my sentence, and I have no access to BOP paperwork.

Please have the U.S. Marshals serve the defendants if service is warranted.

Please allow me to file this action in forma pauperis, or waive the filing fee. I am indigent.

Please address all correspondence to:
Christopher Luke  20809-055
Donald W. Wyatt Detention Facility
950 High St.
Central Falls, RI  02863

Thanks for your time -